**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re:                                                                                          Chapter 7

J.P.R. MECHANICAL INC.,                                               Case No. 19-23480 (DSJ)

                              Debtor.
------------------------------------------------------------------x
MARIANNE T. O'TOOLE IN HER CAPCITY AS
CHAPTER 7 TRUSTEE OF THE ESTATE OF J.P.R.
MECHANCIAL INC. d/b/a JPR MECHANCIAL,

                             Plaintiff,
v.                                                                                              Adv. Proc. No. 21-7063 (DSJ)

J.B.C. CHIMNEY INC. aka JBC CHIMNEY INC.,

                            Defendant.
------------------------------------------------------------------x

## ORDER DIRECTING SUBMISSION OF STATUS REPORT

       This case recently was reassigned to the undersigned. Counsel for the Plaintiff is hereby directed to file a status update letter not to exceed three pages on or before May 6, 2022. The letter should briefly describe the case and its status; state whether and when any upcoming Court hearing or conference is scheduled; identify any pending motions, conference requests, or other applications; and state whether counsel believes there is reason for the Court to schedule a conference, make a referral for mediation, or take any other action at this time or in the near future. Counsel for any other party in interest may, but is not required to, file a responsive letter concerning these topics on or before May 11, 2022.

**It is so ordered.**

Dated: New York, New York                       *s/ David S. Jones*
      April 22, 2022                              HONORABLE DAVID S. JONES
                                                    UNITED STATES BANKRUPTCY JUDGE